# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TAKISHA N. LOCKHART  
2717-19TH STREET  
ROCKFORD, IL  61109  

SSN-xxx-xx-8006

Case Number: 08-72759

Case filed on: 8/28/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ACCOUNT RECOVERY SERVICES | 97.00 | 97.00 | 0.00 | 0.00 |
| 002 | ADVANCE AMERICA | 304.85 | 304.85 | 0.00 | 0.00 |
| 003 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALL CREDIT LENDERS | 350.00 | 350.00 | 0.00 | 0.00 |
| 005 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 409.80 | 409.80 | 0.00 | 0.00 |
| 007 | AUBURN MANOR APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAVALRY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CCA/CREDITPAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMCAST F/K/A INSIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDIT PROTECTION ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MID NORTHERN MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | COTTONWOOD FINANCIAL | 650.00 | 650.00 | 0.00 | 0.00 |
| 021 | TRIPP AND ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,811.65 | 1,811.65 | 0.00 | 0.00 |
|  | Grand Total: | 1,811.65 | 1,811.65 | 0.00 | 0.00 |

Total Paid Claimant:  $0.00  
Trustee Allowance:  $0.00  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan